IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEGINA and TODD THOMAS,

      Plaintiffs,

v.                                       No. CIV-12-0381 JCH/LAM

DR. MARY KAVEN, Ph.D.,
JILL STRAIT, and
DR. ANILLA DEL FABRO, M.D.,
in their individual capacities,

      Defendants.

## ORDER TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW

**THIS MATTER** is before the Court on *Plaintiffs' Opposed Motion to Compel Defendants to Comply With the Court's Orders and to Produce Withheld Documents and for Sanctions* (Doc. 93). In considering the motion, response [*Doc. 94*], reply [*Doc. 97*], record of the case, and relevant law, the Court will require Defendants to submit the Patient Safety Net Reports #54494 and #54647 (*see Docs. 92* and *95*) to the Court for an *in camera* review. The Court will issue an order on Plaintiffs' motion [*Doc. 93*] after reviewing those documents.

**IT IS THEREFORE ORDERED** that Defendants submit the reports to lmproposedtext@nmcourt.fed.us **no later than noon on Tuesday, May 31, 2016**.

**IT IS SO ORDERED.**

*Lourdes A. Martinez*

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**